JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	(415) 436-7700
Facsimile:	(415) 436-7706
Email:	Angela_chuang@fd.org

Counsel for Defendant ADDLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 23–22 JD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE** |
| v. | |
| NICHOLAS ADDLEMAN, | |
| Defendant. | |

The above titled matter is currently scheduled for sentencing on January 8, 2024, at 10:30 AM. To accommodate defense counsel's schedule and to provide additional time for completion of the presentence interview, which has been complicated by the fact that Mr. Addleman recently began a 30-day blackout period at a residential treatment program, the parties are requesting a continuance. The parties therefore stipulate and jointly request that the presently scheduled hearing be continued to February 5, 2024, at 10:30 AM for sentencing.

//

IT IS SO STIPULATED.

| | |
|---|---|
| October 24, 2023<br>Dated | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California |
| | _____/S_____<br>LEIF DAUTCH<br>Assistant United States Attorney |
| October 24, 2023<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

## ORDER

For the reasons stated above, the Court CONTINUES this case to February 5, 2024, at 10:30 AM for sentencing.

IT IS SO ORDERED.

DATED:  11/1/2023

_____
JAMES DONATO
United States District Judge