ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-022-JD (LJC) |
|     Plaintiff, | **DETENTION ORDER** |
|   v. | |
| NICHOLAS ADDLEMAN, | |
|     Defendant. | |

On February 1, 2024, U.S. Pretrial Services filed a Form 8 petition alleging that defendant Nicholas Addleman had violated the terms of his pretrial release by leaving his sober living environment and not informing Pretrial Services of his whereabouts. A hearing was scheduled for February 6, 2024, at which Addleman failed to appear. Based on the allegations in the Form 8 and on Addleman's failure to appear, the Court finds that "no condition or combination of conditions will reasonably assure the appearance of the person as required." 18 U.S.C. § 3142(e)(1). Accordingly, the defendant should be detained pending his sentencing on February 12, 2024.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

    1.    The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons

1. awaiting or serving sentences or being held in custody pending appeal;
2. The defendant is ordered to self-surrender to the U.S. Marshals Service at 450 Golden Gate Avenue, 20th Floor, San Francisco, CA 94102, by 1:45 p.m. on Wednesday, February 7, 2024;
3. If defendant does not self-surrender by the appointed time, a warrant shall issue for his arrest;
4. The defendant be afforded reasonable opportunity for private consultation with counsel; and
5. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: February 6, 2024

_____
HONORABLE LISA J. CISNEROS
United States Magistrate Judge