1 | PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
2 |
MARTHA BOERSCH (CABN 126569)
3 | Chief, Criminal Division

4 | LEIF DAUTCH (CABN 283975)
Assistant United States Attorney
5 |
    450 Golden Gate Avenue, Box 36055
6 |     San Francisco, California 94102-3495
    Telephone: (415) 436-7534
7 |     FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov
8 |
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 23-CR-22-LJC |
|---|---|---|
| Plaintiff, | ) | UNITED STATES' OPPOSITION TO MOTION FOR TEMPORARY RELEASE |
| v. | ) | |
| NICHOLAS ADDLEMAN, | ) | Date: April 1, 2025 (Bail Review Hearing)<br>Time: 10:30 a.m.<br>Court: Honorable Lisa J. Cisneros |
| Defendant. | ) | |

    Facing sentencing for a federal firearms conviction in February 2024, Defendant Nicholas Addleman absconded from pretrial supervision and managed to evade the FBI and local law enforcement for nearly a year. During that time, Addleman is believed to have been involved in a hit-and-run car accident, a large-scale theft, and apparent firearms manufacturing and possession. He is finally back in custody, again facing his federal sentencing in less than a month (April 28, 2025). But he now requests a temporary release from custody to address dental issues. While the government is sympathetic to Addleman's dental needs, the appropriate remedy for that is a Court order directing Santa Rita Jail officials to provide Addleman with needed dental care at the facility. Given Addleman's recent flight and criminal conduct, as well his extensive history of violence and weapons possession, even a short-term release from custody poses an unmitigable danger to the public and risk of flight.

Mr. Addleman was scheduled to be sentenced on February 12, 2024 for his federal conviction of possessing two loaded Glock firearms with extended magazines. However, he absconded from pretrial supervision, and Judge Donato issued a bench warrant. ECF No. 79. The U.S. Attorney's Office and the FBI took a number of steps to locate Addleman, including: (1) a Ping warrant for cell site location data, (2) a Pen Register Trap and Trace application, (3) a vehicle tracker warrant in the Eastern District of California, (4) a pole camera order, and (5) physical surveillance of locations in Vallejo and Oakland, which resulted in a high-speed vehicle chase through Oakland.

Despite the agents' diligent efforts, Addleman was in the wind, unsupervised for almost a year. During that time, he is believed to have been involved in a hit-and-run car accident, a large-scale theft, and apparent firearm manufacturing and possession.

*First*, on April 18, 2024, FBI agents conducted physically surveillance of a suspected address for Addleman in Oakland, California. After watching the apartment for about two hours, a black BMW sedan exited the apartment's parking garage with a driver who matched the physical description of Addleman. Agents followed the vehicle with the intent of finding a safe place to execute an arrest. However, over the course of the next 30 minutes, the target vehicle made several evasive maneuvers resembling surveillance detection techniques, including running red lights, making sudden lane changes, speeding, stopping in middle of the street, and making illegal U-turns. The target vehicle made these maneuvers in the Lake Merritt, Downtown Oakland, and Jack London Square areas of Oakland, posing a safety risk to the public due to the nature of its evasive maneuvers in areas congested by vehicle and pedestrian traffic. In an abundance of caution and in the interest of public safety, the agents' pursuit was terminated after about 30 minutes.

*Second*, around 1:00 a.m. on November 28, 2024, a Ford Explorer registered to Addleman's wife in Vallejo was involved in a hit-and-run accident in San Francisco. Witnesses observed the Explorer driving down a residential street in the Sunnyside neighborhood of San Francisco, crashing into two parked cars, and flipping onto its side. Two males approximately 5' 8" to 5' 10" tall climbed out of the Explorer, left the engine running, ran to another car midway down the block, and fled before police arrived. When officers arrived, they looked inside the Explorer and observed a black Sig P320 9mm handgun on the front passenger floorboard. Two masks, gloves, and a beanie were also found inside the

Explorer. A lab analysis on DNA swabs from the grip of the firearm found Addleman's DNA on the gun, with an inclusion ratio of 1 in 423 octillion.

*Third*, around 9:45 p.m. on December 9, 2024, a clerk at a gas station in American Canyon, California reported that he had been robbed of $58,624. A male suspect had pulled up in a black BMW sedan (the same make, class, and color as the vehicle in the FBI chase above), exited the front passenger side of the car wearing a mask, entered the station, and had handed the clerk a note that read: "EVERYTHING FROM THE SAFE!!! NO GAMES!!! WE GOT EYES ON YOU, ANY CALLS YOU MAKE WILL BE SEEN!!! EVERYTHING FROM THE SAFE!!!" The clerk complied, and because the station's earnings had not been collected by the armored truck in several days, the robber was able to make off with over $58,000 in cash.

Police were called to the scene and obtained surveillance footage that corroborated the clerk's statement. Footage showed that the black BMW sedan pulled up to the station about 30 seconds after the clerk opened the blinds on his kiosk. The robber exited the front passenger seat of a black BMW, while the driver remained inside. There appeared to be sun damage on the front hood of the BMW. After the clerk retrieved the cash and gave it to the robber, the robber got into the BMW, and the car drove onto Highway 29 in the direction of Vallejo. License plate readers also caught the BMW entering American Canyon from Vallejo about 10 minutes before the robbery. The car's front license plate was missing, and the rear plate was covered with paper.

Officer issued an All Points Bulletin with a photo of the black BMW used in the robbery, showing the distinctive sun damage to its hood. Two days later, a Vallejo Police detective located a black BMW with the same sun damage on the hood parked in front of 107 Sandpiper Drive in Vallejo. After conducting a records check on the car, officers learned that it was registered to Nicholas Addleman's wife at 100 Sandpiper Drive—the same registration address as the Ford Explorer in the San Francisco hit-and-run described above. Officers discovered that her husband, Addleman, was a wanted federal fugitive.

Officers obtained a state tracker warrant for the black BMW, and on December 23, 2024, they located Addleman inside the vehicle in a parking lot and arrested him. Addleman had $1,839 in cash on him when arrested. Officers also obtained a state search warrant for the 100 Sandpiper residence and

executed it the same day Addleman was arrested. Addleman's teenage children were inside the residence when officers arrived, and the children identified their mom's bedroom. Inside that bedroom, officers found the following indicia for Addleman: (1) photos of/selfies of Addleman, (2) mail/CapitalOne letter addressed to "Nicholas Troy at 100 Sandpiper Drive, Vallejo," (3) mail from the Federal Public Defender's Office in San Francisco addressed to "Nicholas Addleman at 100 Sandpiper Drive, Vallejo," and (4) inmate bands with images of Nicholas and his identification information. In addition to that indicia, found a box with jewelry and a red bandana with the black Huelga bird on it, a symbol claimed by Norteno street gangs. Officers also found a fake Illinois state ID card with Addleman's photo on it but bearing a false name.

Also in that bedroom containing Addleman's belongings, officers found gun parts, ammunition, brass knuckles, and a fixed blade. During their search of the residence's garage, officers located a large tool cabinet. Inside the cabinet, they found two assault rifles, two suppressor devices, two magazines, and a replica firearm:

- Unserialized assault rifle with a loaded magazine insert and a suppressor
- Unserialized AK/SKS style rifle with a magazine inserted
- Pipe that appear to be a homemade suppressor
- Gun case with a Zoraki full-auto 9mm *replica* firearm, Serial#A3 ZRAKTS03-2400013

In the garage, officers also found a safe, which they were later able to open. Inside the safe, they found two additional firearms, more suspected gun suppressors, ammunition, and multiple magazines (including a large drum magazine).

- Glock with Serial# BVSH553
- Glock with Serial# 325786S
- Magazines
- Suppressors
- Small and large caliber ammunition

As noted, all of this criminal conduct occurred while Addleman was a fugitive, having absconded from pretrial supervision shortly before his sentencing. Now, Addleman faces an even greater incentive to flee, given that his past flight and misconduct has likely increased the sentence he will receive. And all of his recent conduct is in addition to his extensive criminal history before his federal case, including a lengthy sentence for assault with a deadly weapon and shooting at an inhabited

dwelling/vehicle, when he shot a man in the head in the parking lot of the San Francisco Giants ballpark. It was after serving 5 years for that conviction that Addleman immediately rearmed himself, culminating in a parole search of his vehicle that revealed two Glock firearms with loaded extended magazines—the guns for which he has now been convicted.

Given Addleman's overwhelming risk of flight and danger to the public, and the fact that there is now a presumption in favor of detention under 18 U.S.C. § 3143 (given that he is post-conviction), Addleman's dental needs do not constitute a compelling reason for his release. If released, we may not see him again for another year. Instead, this Court could consider issuing an order for Santa Rita Jail officials to arrange for Addleman to be seen by a dentist who can examine his implants and provide any needed dental care within the facility.

DATED: March 31, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

/s/ Leif Dautch
LEIF DAUTCH
Assistant United States Attorney