UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>NICHOLAS ADDLEMAN,<br>    Defendant. | Case No. 23-cr-00022-JD-1 (LJC)<br><br>**ORDER REGARDING DENTAL CARE**<br>Re: Dkt. No. 91 |

The Court has been informed via email to the Courtroom Deputy that Mr. Addleman was seen by a dentist on April 9, 2025. However, that has not been confirmed by defense counsel, and it is unclear how it was possible for him to have his appointment, given that he was brought to court in San Francisco that day and would have been largely unavailable to staff at Santa Rita Jail. When Mr. Addleman is brought to court for status conferences and hearings his absence from Santa Rita Jail likely interferes with his ability to be seen by the Jail's dental care professionals. Therefore, in an abundance of caution, the Court is continuing the April 11, 2025 status conference to ensure that Mr. Addleman is present and available for the Jail's dental staff to examine him, provide care or make a determination that care from an outside dental professional is required.

**IT IS SO ORDERED.**

Dated: 4/10/2025

LISA J. CISNEROS
United States Magistrate Judge