JODI LINKER
Federal Public Defender
ANGELA CHUANG
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Angela_chuang@fd.org

Counsel for Defendant ADDLEMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 23–22 JD |
| Plaintiff, | |
| v. | **MOTION AND [PROPOSED]**<br>**ORDER TO ADVANCE HEARING** |
| NICHOLAS ADDLEMAN, | |
| Defendant. | |

Yesterday, the Court ordered that Mr. Addleman be seen by a dentist at Santa Rita Jail and set a status conference for April 11, 2025. Today, the Court *sua sponte* rescheduled the April 11 status conference to April 15, 2025, at 10:30 AM. Undersigned defense counsel is unavailable that morning due to a conflicting personal appointment in a different city that cannot be moved or missed. Defense counsel has also just heard that Mr. Addleman was seen by a dentist at the jail today (April 10) consistent with the Court's order that was issued yesterday. The defense therefore requests that the status conference be reset to April 14, 2025, at 10:30 AM instead so that Mr. Addleman's assigned defense counsel can appear. The government does not object to this request and would also prefer to appear on April 14 rather than April 15.

MOT. & [PROPOSED] ORDER TO ADVANCE HEARING                                        1

1

2    Dated:    April 10, 2025              Respectfully submitted,

3                                          JODI LINKER
                                           Federal Public Defender
4                                          Northern District of California

5                                              /S
                                           ANGELA CHUANG
6                                          Assistant Federal Public Defender

7

8                              **ORDER**

9        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference currently

10   scheduled for April 15, 2025 is advanced to April 14, 2025, at 10:30 AM.

11       IT IS SO ORDERED.

12

13   _____              _____
     Date                             LISA J. CISNEROS
14                                     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     MOT. & [PROPOSED] ORDER TO ADVANCE HEARING                              2